UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN JOHNSON and THERESA A. JOHNSON, ) ) ) Plaintiffs, ) ) v. ) ) ) THE KROGER CO., ) ) Defendant. ) | CV423-074 |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Stay/Extend Deadlines Pending Mediation. Doc. 21. Having fully considered the parties' request and for good cause shown, the motion to stay is **GRANTED**. Doc. 21. The Court **STAYS** all deadlines in this case for forty-five (45) days pending mediation. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

Should the parties need additional time to conduct mediation, they are **DIRECTED** to file a motion to extend the stay no later than November 6, 2023. If they seek to extend the stay because they have not yet accomplished the anticipated mediation, the parties must provide a

date certain on which the mediation will take place. In the event the case is not resolved at mediation, the parties are **DIRECTED** to submit a proposed amended scheduling order no later than fourteen (14) days after the stay is lifted.

    **SO ORDERED**, this 22nd day of September, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA